**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALINDA D.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Acting Commissioner of Social Security Administration,<br><br>　　　　　　　　　　　Defendant. | Case No.:  24-CV-1487 W (LR)<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION [DOC. 12], (2) REVERSING THE COMMISSIONER'S DECISION, AND (3) REMANDING CASE FOR FURTHER PROCEEDINGS** |

On August 21, 2024, Plaintiff Rosalinda D. filed this lawsuit seeking judicial review of the Social Security Commissioner's final decision denying her application for social security disability benefits. (*See Compl*. [Doc. 1].) The matter was referred to the Honorable Lupe Rodriguez, Jr., United States Magistrate Judge, for a report and recommendation under 28 U.S.C. § 636(b)(1)(B).

On March 5, 2025, the parties filed their Joint Motion for Judicial Review. (*Jt. Motion* [Doc. 12].) On July 30, 2025, Magistrate Judge Rodriguez issued a Report and Recommendation ("Report"), recommending the Court (1) reverse the Commissioner's

1

decision, and (2) remand the case for further proceedings consistent with the Report's findings. (*Report* [Doc. 14] 2:7–10, 28:14–16.) The Report also ordered any objections filed on or before **August 13, 2025** and any reply filed on or before **August 20, 2025**. (*Id.* 28:17–21.) The Report advised that "failure to file objections within the specified time may waive the right to raise those objections on appeal of the Court's order." (*Id.* 28:21–29:2, citing *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998) and *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).)

To date, no objection has been filed, nor has there been a request for additional time in which to file an objection.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (holding that 28 U.S.C. § 636(b)(1)(C) "makes it clear that the district judge must review the magistrate judge's finding and recommendations de novo *if objection is made*, but not otherwise") (emphasis in original); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's report). This rule of law is well-established within both the Ninth Circuit and this district. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is *only* required when an objection is made to the R & R.") (emphasis added) (citing *Reyna-Tapia*, 328 F.3d at 1121); *Nelson v. Giurbino*, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopting Report without review because neither party filed objections despite having the opportunity to do so, and holding that, "accordingly, the Court will adopt the Report and Recommendation in its entirety."); *see also Nichols v. Logan*, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

1 | The Court, therefore, accepts Judge Rodriguez's recommendation, and **ADOPTS**
2 | the Report [Doc. 14] in its entirety. For the reasons stated in the Report, which is
3 | incorporated herein by reference, the Court **REVERSES** the Commissioner's decision
4 | and **ORDERS** (1) the case **REMANDED** for further proceedings consistent with the
5 | Report and (2) that **JUDGEMENT** is entered in favor of Plaintiff Rosalinda D. and
6 | against Defendant Commissioner.

**IT IS SO ORDERED.**

Dated:  August 25, 2025

Hon. Thomas J. Whelan
United States District Judge